UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JERRY PHIPPEN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:24-cv-00781 |
| RUTHERFORD COUNTY, | ) |
| RUDD MEDICAL (SERVICES), | ) |
| Defendants. | ) |

# ORDER

Before the Court is the Report and Recommendation by Magistrate Judge Barbara D. Holmes ("R&R") (Doc. No. 38) recommending that the Court grant Rutherford County and Rudd Medical (Services) unopposed Motions for Summary Judgment (Doc. Nos. 24 and 33). The R&R, issued on January 5, 2026, notified pro se Plaintiff, Jerry Phippen, that any objections must be filed within fourteen days. (Doc. No. 38). He failed to timely file objections.

Because Plaintiff lodged no objections to the R&R, the Court reviews it for clear error only. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). And the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the R&R for clear error and finds none. Judge Holmes carefully applied the unrebutted factual record to the governing law. Accordingly, the Court ADOPTS the R&R (Doc. No. 38) in its entirety and GRANTS Defendants' Motion for Summary Judgment

(Doc. No. 33).  This case is **DISMISSED WITHOUT PREJUDICE**.  The Clerk shall close the case.

    IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2
Case 3:24-cv-00781   Document 39   Filed 01/27/26   Page 2 of 2 PageID #: 190